RECEIVED

MAY 0 5 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER DUFRENE | CIVIL ACTION NO. 08-cv-1603 |
| VERSUS | JUDGE STAGG |
| JEREMY WALLACE, ET AL | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 17) is denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 4th day of May, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE